IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 06-20035-B |
| KEITH D. JONES, | * | |
| Defendant. | * | |

ORDER GRANTING MOTION TO DEFER SURRENDER DATE

Before this Court is defendant's motion to defer surrender date, filed March 6, 2007. For good cause shown, the motion is GRANTED and the defendant's surrender date is deferred until after April 18, 2007.

It is so ORDERED this 6th day of March, 2007.

                s/ J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE